USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/2021

**MEMORANDUM ENDORSEMENT**

Mercado v. Mount Pleasant Cottage School Union Free School District, et al.,

19-cv-9022 (NSR)

The Court has reviewed the attached letter from pro se Plaintiff Yolanda Mercado ("Plaintiff") dated July 24, 2020 arguing that she has not received any papers from Defendants in connection with their filing of a motion to dismiss on May 8, 2020 and that Defendants were not granted leave to file their motion to dismiss, and, on that basis, requesting that the Court strike the motion to dismiss. (ECF No. 20.) In response, Defendants Mount Pleasant Cottage School Union Free School District, Stephen Beovich, Jessica Harris, and Daria Weitman ("Defendants") submitted the attached letter motion dated July 27, 2020 (ECF No. 21) noting that it had faxed a letter to the Court requesting leave to file a motion that the Court had not addressed, and requesting that the Court either hold Defendants' motion to dismiss in abeyance, while giving pro se Plaintiff an opportunity to respond to Defendants' pre-motion conference request letter, or, alternatively, set a schedule for Plaintiff to respond to Defendants' motion to dismiss.

Defendants assert that, for reasons unapparent to the Court, they believed the Court's memorandum endorsement dated March 3, 2020, granted them leave to file their motion to dismiss when they wished. The March 3, 2020, memorandum endorsement granted Defendants an extension of time to file a pre-motion letter but did not grant Defendants leave to file a motion to dismiss or set a briefing schedule for such a motion.

Accordingly, Defendants' Motion to Dismiss is denied without prejudice for failure to follow the Court's Individual Practices. *See* Sec. 3.A.ii.

The Court waives the pre-motion conference requirement and grants Defendants leave to file its motion to dismiss with the following briefing schedule: Defendants' moving papers are to be served (**not filed**) on March 19, 2021; Plaintiff's opposition is to be served (**not filed**) on April 19, 2021; Defendants' reply shall be served on May 4, 2021.

**All motion documents shall be filed by Defendants, including Plaintiff's motion papers, on the reply date, May 4, 2021.** Although Defendants claim that they have already served their moving papers on pro se Plaintiff, they are directed to serve pro se Plaintiff (again) according to the terms of this Memorandum Endorsement.

**The parties shall further provide two (2) copies of their respective motion documents to Chambers on the date documents are served upon their adversary.** As long as Judge Román's Emergency Rules remain in place, copies shall also be delivered to Chambers in electronic form on the date they are served on opposing counsel.

The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 14 and 21. The Clerk of Court is further directed to mail a copy of this memorandum endorsement to Plaintiff at the address listed on the docket and file proof of service on the docket.

Dated:  March 13, 2021
White Plains, NY

SO ORDERED.

_____

Nelson S. Román, U.S.D.J.

Docket in case # _____ 19 CV/~~CR~~ 9022
As: **Letter from Plaintiff**
Date: **07 / 24 / 2020**

8B



=IVED
2 4 2020
J S. ROMAN
RICT JUDGE
D.N.Y.

V 9022 (NSR)

:o check on the
d me that the
ɔn May 8, 2020
, either by mail
:ase.

lant needed to

documents be
to schedule a

Yolanda Mercado
300 E. 138st #18B
Bx. N.Y. 10454.



Judge Nelson Roman
United States District Court
Southern District of New York
300 Quarropas Street.
White Plains, N.Y. 10601

**SHAW, PERELSON, MAY & LAMBERT, LLP**
ATTORNEYS AT LAW
21 VAN WAGNER ROAD
POUGHKEEPSIE, NEW YORK 12603
(845) 486-4200
FAX (845) 486-4268

WESTCHESTER OFFICE
115 STEVENS AVENUE
VALHALLA, NEW YORK 10595
(914) 741-9870
FAX (914) 741-9875

| | |
|---|---|
| STEPHEN A. PERELSON (1941-2002)<br>DAVID S. SHAW<br>MARGO L. MAY<br>MICHAEL K. LAMBERT<br>MARC E. SHARFF<br>BETH L. HARRIS<br>STEVEN M. LATINO<br>JULIE M. SHAW<br>------<br>GARRETT L. SILVEIRA<br>ELIZABETH A. LEDKOVSKY<br>ZACHARY A.A. TAYLOR+ | MARK C. RUSHFIELD *<br>OF COUNSEL<br>JOHN E. OSBORN<br>OF COUNSEL<br><br>*  also admitted in New Jersey |

July 27, 2020

*Via ECF*
Hon. Nelson S. Roman, U.S.D.J.
United States District Court, Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    **Mercado v. Mount Pleasant Cottage UFSD, et al., 19-CV-09022 (NSR)**
              **motion to dismiss the** *pro se* **Complaint**

Dear Judge Roman:

      This office represents the Defendants in the above-referenced action. I am in receipt of the pro se Plaintiff's letter of July 10, 2020, complaining as concerned the service and filing of the Defendants' motion to dismiss the Complaint in this action.

      On January 15, 2020, by fax letter, I wrote to the Court to advise that I was "prepared to agree to deem all defendants served with the permission of the Court to file either an answer on their behalf or request for pre-motion conference by January 27, 2019 and request that the Court so order." That letter was served upon the pro se Plaintiff by regular mail. No opposition or response to this letter was received by this office or the Court

      Thereafter, by fax letter of January 17, 2020, pursuant to your Honor's Individual Practice Rules, I wrote to the Court to request a pre-motion conference for purposes of making a motion to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(1) and (6) for, respectively, lack of subject matter jurisdiction as to the Plaintiff's claims under the New York State Human Rights Law and failure to state a claim as to all the claims in the Complaint.. That letter was also served upon the pro se Plaintiff by regular mail.

      The Court responded to neither of those letters until March 3, 2020, when, on my January 15, 2020 letter, the Court rendered an order dated **March 3, 2020**, which stated:

> Application granted. All Defendants' time to respond to the Complaint is extended until Jan. 27, 2020. Clerk of the Court requested to mail a copy of this endorsement to pro se Plaintiff and show proof of service on the docket. Dated: March 3, 2020.

On the copy of my January 15, 2020 letter bearing the Court's Order, the Court had underlined the language of that letter quoted in the second paragraph of this letter above

    By March 3, 2020, my office and the State of New York were already in the thick of the pandemic crisis and all staff were working from home. As I had already complied with the Court's March 3, 2020 Order by virtue of my letter to the Court of January 17, 2020, I considered the Court's March 3, 2020 Order as authorizing the filing of the Defendants' motion to dismiss in lieu of answering the Complaint referenced in my letter of January 17, 2020.

    On May 8, 2020, I served a Notice of Motion, Affirmation in Support (with Exhibits A, B, and C thereto) and a Memorandum of Law on the pro se Plaintiff by emailing them to her at the email address of ymercado1573@yahoo.com that appears on her form Complaint. That email was not returned to me as undeliverable, and proof of service was filed with the Court. Thereafter, by email dated May 11, 2020, I sent an amended Memorandum of Law to that same email address of the pro se Plaintiff, which also was not returned to me as undeliverable, and another proof of service was filed with the Court. On hindsight, I suppose it is possible that those emails were deposited in the pro se Plaintiff's junk email file.

    It is requested that the Court either hold the Defendants' motion to dismiss the Complaint in abeyance, while giving the pro se Plaintiff an opportunity to respond to my pre-motion conference request letter of January 17, 2020 or, alternatively, set a schedule for the Plaintiff to respond to the Defendants' motion to dismiss the Complaint and for the Defendants to file a reply. The Defendants are not interested in engaging in settlement discussions or mediation, as requested by the pro se Plaintiff, at this time.

    Thank you for your consideration of this request.

    Very truly yours,

    SHAW, PERELSON, MAY & LAMBERT, LLP

    BY: _____/S/_____
        MARK C. RUSHFIELD, ESQ.

MCR/hs

cc: Yolanda Mercado
300 E. 138th Street, Apartment 18B
Bronx, NY 10454

Yolanda Mercado via email at ymercado1573@yahoo.com